**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF GEORGIA**
**GAINESVILLE DIVISION**

| | |
|---|---|
| IN RE: ) | |
| ) | CASE NO. 18-21067-JRS |
| CHAZ TYLER BENTLEY, ) | |
| RAYNE BRYCE BENTLEY, ) | CHAPTER 13 |
| Debtor. ) | |

**AMENDED POST-CONFIRMATION MODIFICATION OF PLAN**
**AND REQUEST FOR APPROVAL**

Debtor proposes to modify the confirmed Chapter 13 plan in this case as set forth below and requests that this modification be approved.

**MODIFICATION OF PLAN**

Debtors need to modify their plan to treat mortgage arrears. Debtors have fallen behind on mortgage payments due to the COVID-19 pandemic and have reached a consent agreement with the lender to pay a portion of the arrears through their plan.

Debtor hereby modifies the Chapter 13 Plan, which was confirmed by order of this Court August 30, 2018, as follows:

Section 8.1 of the Plan is modified to **add:**

Mortgage arrearage to Home Point Financial includes the February through August 2020 post-petition mortgage payments plus attorneys' fees and costs.

Dated August 17, 2020.

/s/
Chaz T. Bentley

/s/
Rayne B. Bentley

/s/
Susan H. Senay, GA Bar No. 374402
Attorney for the Debtor
BERRY & ASSOCIATES
2751 Buford Highway, Suite 600
Atlanta, GA 30324
(404) 235-3300

# CERTIFICATE OF SERVICE

This is to certify under penalty of perjury that I am over the age of 18 and that on this day I served the following parties with a copy of the attached pleadings by placing true copies of same in the United States Mail with adequate postage affixed to ensure delivery, addressed to:

Nancy J. Whaley
Chapter 13 Trustee
303 Peachtree Center Ave.
Suite 120
Atlanta, GA  30303

Chaz T. Bentley
Rayne B. Bentley
3012 Ashton Grove Point
Gainesville GA 30507

Home Point Financial Corporation
c/o Ryan Starks
Phelan Hallinan Diamond & Jones, PLLC
11675 Great Oaks Way, Suite 320
Alpharetta GA 30022

Home Point Financial Corporation
11511 Luna Road, Suite 300
Farmers Branch TX 75234

Home Point Financial Corporation
c/o D. Anthony Sottile
Sottile & Barile LLC
394 Wards Corner Road, Suite 180
Loveland OH 45140

Home Point Financial Corporation
4849 Greenville Ave
Dallas TX 75206

William Andrew Newman, CEO
Home Point Financial Corporation
2211 Old Earhart Road, Suite 250
Ann Arbor MI 48105

Home Point Financial Corporation
c/o Corporation Service Company, Registered Agent
40 Technology Parkway South, Suite 300
Norcross GA 30092

(Plus to all creditors on attached Creditor Mailing Matrix)

This the 17th day of August, 2020.

/s/
Susan H. Senay
GA Bar No. 374402
Attorney for the Debtor

BERRY & ASSOCIATES
2751 Buford Highway, Suite 600
Atlanta, GA 30324
(404) 235-3300

```
Label Matrix for local noticing          Ally Bank                                 Ally Financial
113E-2                                   PO Box 130424                             Attn: Bankruptcy
Case 18-21067-jrs                        Roseville, MN 55113-0004                  PO Box 380901
Northern District of Georgia                                                       Bloomington, MN 55438-0901
Gainesville
Mon Aug 17 16:06:42 EDT 2020

Chaz Tyler Bentley                       Rayne Bryce Bentley                       Matthew Thomas Berry
3012 Ashton Grove Point                  3012 Ashton Grove Point                   Matthew T. Berry & Associates
Gainesville, GA 30507-9024               Gainesville, GA 30507-9024                Suite 600
                                                                                   2751 Buford Highway, NE
                                                                                   Atlanta, GA 30324-5457

Capital One/Helzberg                     Chase Auto Finance                        (p)JPMORGAN CHASE BANK  N A
Attn: Bankruptcy                         National Bankruptcy Dept                  BANKRUPTCY MAIL INTAKE TEAM
PO Box 30285                             201 N Central Ave MS AZ1-1191             700 KANSAS LANE FLOOR 01
Salt Lake City, UT 84130-0285            Phoenix, AZ 85004-1071                    MONROE LA 71203-4774

Citibank/The Home Depot                  Comenity Bank/Victoria Secret             Comenitybank/wayfair
Centralized Bankruptcy                   Attn: Bankruptcy Dept                     Attn: Bankruptcy Dept
PO Box 790034                            PO Box 182125                             PO Box 182125
St Louis, MO 63179-0034                  Columbus, OH 43218-2125                   Columbus, OH 43218-2125

Comenitycb/petland                       Convergent Outsourcing, Inc               Costco Go Anywhere Citicard
Po Box 182120                            PO Box 9004                               Citicorp Credit Services/Centralized Ban
Columbus, OH 43218-2120                  Renton, WA 98057-9004                     PO Box 790040
                                                                                   St. Louis, MO 63179-0040

Csc/bb&t                                 Department Stores National Bank           Discover Bank
4251 Fayetteville Rd                     c/o Quantum3 Group LLC                    Discover Products Inc
Lumberton, NC 28358-2678                 PO Box 657                                PO Box 3025
                                         Kirkland, WA 98083-0657                   New Albany, OH  43054-3025

Discover Financial                       First Associates Loan Servicing, LLC      (p)GC SERVICES LIMITED PARTNERSHIP
PO Box 3025                              as agent for Lending USA                  6330 GULFTON
New Albany, OH 43054-3025                PO Box 503430                             HOUSTON TX 77081-1198
                                         San Diego, CA 92150-3430

Gary J. Holt                             (p)HOME POINT FINANCIAL CORPORATION       Internal Revenue Service
First Associates Loan Servicing, LLC     11511 LUNA ROAD                           401 W. Peachtree St NW
P.O. Box 503430                          2ND AND 3RD FLOOR                         Stop 334-D
San Diego, CA 92150-3430                 FARMERS BRANCH TX 75234-6451              Atlanta, GA 30308-3539

(p)JEFFERSON CAPITAL SYSTEMS LLC         LVNV Funding, LLC its successors and assigns    Lendingusa
PO BOX 7999                              assignee of Citibank, N.A.                       Po Box 503430
SAINT CLOUD MN 56302-7999                Resurgent Capital Services                       San Diego, CA 92150-3430
                                         PO Box 10587
                                         Greenville, SC 29603-0587

Vanessa A. Leo                           Leroys Jewelers                           Carrie L Oxendine
Shapiro Pendergast & Hasty, LLP          Sterling Jewelers, Inc/Attn: Bankruptcy   Matthew T. Berry & Associates
211 Perimeter Center Parkway NE          PO Box 1799                               Suite 600
Suite 300                                Akron, OH 44309-1799                      2751 Buford Highway NE
Atlanta, GA 30346-1305                                                             Atlanta, GA 30324-5457
```

| | | |
|---|---|---|
| PRA Receivables Management LLC<br>POB 41067<br>Norfolk, VA 23541-1067 | PRA Receivables Management, LLC<br>PO Box 41021<br>Norfolk, VA 23541-1021 | PRA Receivables Management, LLC., as agent<br>of Portfolio Recovery Associates, LLC<br>PO Box 41067<br>Norfolk, VA 23541-1067 |
| Quantum3 Group LLC as agent for Comenity Ban<br>PO Box 788<br>Kirkland, WA 98083-0788 | Regional Finance<br>322 Oak St. Ste 4<br>Gainesville, GA 30501-3580 | Susan H. Senay<br>Matthew T. Berry & Associates<br>Suite 600<br>2751 Buford Highway NE<br>Atlanta, GA 30324-5457 |
| D. Anthony Sottile<br>Sottile & Barile, LLC<br>394 Wards Corner Road, Suite 180<br>Loveland, OH 45140-8362 | Stephen Ryan Starks<br>Phelan Hallinan Diamond & Jones, PLLC<br>Suite 320<br>11675 Great Oaks Way<br>Alpharetta, GA 30022-2434 | Sunset Fin<br>510 Mountain View Dr<br>Seneca, SC 29672-2133 |
| Suntrust Bank Atlanta<br>Attn: Bankruptcy<br>PO Box 85092 MC VA-WMRK-7952<br>Richmond, VA 23285-5092 | Syncb Bank/American Eagle<br>Attn: Bankruptcy<br>PO Box 965060<br>Orlando, FL 32896-5060 | Syncb/Ashley Homestore<br>Attn: Bankruptcy<br>PO Box 965060<br>Orlando, FL 32896-5060 |
| Synchrony Bank<br>c/o PRA Receivables Management, LLC<br>PO Box 41021<br>Norfolk, VA 23541-1021 | Synchrony Bank<br>Attn:  Bankruptcy Dept<br>PO Box 965060<br>Orlando, FL 32896-5060 | Synchrony Bank/Lowes<br>Attn:  Bankruptcy Dept<br>PO Box 965060<br>Orlando, FL 32896-5060 |
| Synchrony Bank/TJX<br>Attn:  Bankruptcy Dept<br>PO Box 965060<br>Orlando, FL 32896-5060 | T Mobile/T-Mobile USA Inc<br>4515 N Santa Fe Ave<br>Oklahoma City, OK 73118-7901 | United States Attorney<br>Northern District of Georgia<br>75 Ted Turner Drive SW, Suite 600<br>Atlanta GA 30303-3309 |
| Visa Dept Store National Bank/Macy's<br>Attn: Bankruptcy<br>PO Box 8053<br>Mason, OH 45040-8053 | (p)WELLS FARGO BANK NA<br>1 HOME CAMPUS<br>MAC X2303-01A<br>DES MOINES IA 50328-0001 | Wells Fargo Bank, N.A.<br>Wells Fargo Card Services<br>PO Box 10438, MAC F8235-02F<br>Des Moines, IA 50306-0438 |
| Nancy J. Whaley<br>Nancy J. Whaley, Standing Ch. 13 Trustee<br>303 Peachtree Center Avenue<br>Suite 120, Suntrust Garden Plaza<br>Atlanta, GA 30303-1216 | eCAST Settlement Corporation<br>PO Box 29262<br>New York NY 10087-9262 | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| Chase Card Services<br>Correspondence Dept<br>PO Box 15298<br>Wilmington, DE 19850 | GC Services<br>Attn: Bankruptcy<br>6330 Gulfton<br>Houston, TX 77081 | HOME POINT FINANCIAL CORPORATION<br>4849 GREENVILLE AVE<br>STE 800<br>DALLAS, TX 75206 |

```
(d)Home Point Financial C          (d)Home Point Financial Corporation    JEFFERSON CAPITAL
4849 Greenville Avenue             11511 Luna Road, Suite 300              16 MCLELAND RD
Dallas, TX 75206                   Farmers Branch, TX 75234                ST. CLOUD, MN 56393


Wells Fargo Bank
Attn: Bankruptcy Dept
PO Box 6429
Greenville, SC 29606
```

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

```
(u)Ally Bank                       (d)First Associates Loan Servicing, LLC  (u)Home Point Financial Corporation
                                   as agent for Lending USA
                                   P.O. Box 503430
                                   San Diego, CA 92150-3430


End of Label Matrix
Mailable recipients    52
Bypassed recipients     3
Total                  55
```